FILED
CLERK, U.S. DISTRICT COURT
February 15, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Meggs, Individually, <br><br> Plaintiff, <br><br> v. <br><br> 4R Enterprises, Inc., a California Corporation, d/b/a Denny's #6851, <br><br> Defendants | CASE NO.: 5:17-cv-00404-SJO-DTB <br><br> ORDER ON STIPULATION AND AGREEMENT FOR DISMISSAL WITH PREJUDICE |

Having considered the 16-page Stipulation and Agreement for Dismissal with Prejudice (the "Stipulation") of Plaintiff John Isham Meggs ("Plaintiff") and Defendant 4R Enterprises, Inc. ("Defendant") to dismiss Plaintiff's claims in this action with prejudice, for the Court to retain jurisdiction of this action for purposes of enforcing the Stipulation, and for refund of amounts deposited with the Clerk of the Court by Defendant— and good cause appearing therefor— IT IS HEREBY ORDERED that all of Plaintiff's claims— including without limitation all claims which could have been

Page 1 of 3
*John Meggs v. 4R Enterprises, Inc.*, Case No. 5:17-cv-00404-SJO-DTB
Order on Stipulation and Agreement for Dismissal with Prejudice

added by way of amendment with leave of Court through the date of the Stipulation, as if the deadline to amend in the Scheduling Order did not apply— with regard to the above-encaptioned civil action are hereby DISMISSED WITH PREJUDICE, and that Plaintiff's complaint as a whole is DISMISSED WITH PREJUDICE, with the Court to retain jurisdiction of this action for purposes of enforcing the Stipulation.

Defendant represents and warrants that on or about 17 August 2017, Defendant deposited with the Clerk of the Court the cashier's check in the amount of Nine Thousand Dollars and no cents ($9,000.00) generally represented at ECF Doc 34-1 pursuant to ECF Doc 34 and received the receipt filed as Exhibit "A" with the Stipulation; Plaintiff does not oppose Defendant's request that the Court refund any and all amounts on deposit in this action (which are believed to total exactly the amount of Nine Thousand Dollars and no cents ($9,000.00)), together with any interest thereon which may be allowed, authorized or approved by this Court. Accordingly, the Court hereby directs the Clerk of the Court to refund that amount by sending a check payable to Defendant exclusively (i.e., not jointly to Defendant and counsel), in care of Defendant's counsel David Peters at the address on the Docket in this action.

Any motions or other requests for relief which may have been filed before this

Page 2 of 3
*John Meggs v. 4R Enterprises, Inc.,* Case No. 5:17-cv-00404-SJO-DTB
Order on Stipulation and Agreement for Dismissal with Prejudice

order is issued are hereby DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED:

Dated: February 15, 2018

*S. James Otero*
_____
United States District Judge

EDCC: FISCAL

Page 3 of 3
*John Meggs v. 4R Enterprises, Inc.*, Case No. 5:17-cv-00404-SJO-DTB
Order on Stipulation and Agreement for Dismissal with Prejudice